IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| COLT CHAMBERS, | ) |
| Plaintiff, | ) Case No. 1:13-cv-120 |
| | ) Chief Judge Haynes |
| v. | ) |
| SHERIFF JIMMY BROWN, et al., | ) |
| Defendants. | ) |

**ORDER**

Before the Court is Plaintiff's motion to dismiss this action (Docket Entry No. 11) that is unopposed and is **GRANTED**. Plaintiff's claims are **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 16th day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court